840

No. 250. SAVOIE, ADMINISTRATRIX, *v.* TEXAS COMPANY. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Elwood R. Clay* for petitioner. *John May* and *Ernest A. Carrere, Jr.* for respondent.

No. 309. SULLIVAN *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. *William T. Coleman, Jr.* and *Raymond Pace Alexander* for petitioner. *Stanley E. Rutkowski* for respondent.

No. 323. GRASS CREEK OIL & GAS CO. ET AL. *v.* MUSSELSHELL COUNTY, MONTANA, ET AL. Supreme Court of Montana. Certiorari denied. *G. J. Jeffries* and *H. Cleveland Hall* for petitioners. *Myles J. Thomas* for Freibert et al., respondents.

No. 337. JORGENSEN *v.* UNITED STATES. Court of Claims. Certiorari denied. *Henry I. Fillman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, L. W. Post* and *David W. Morton* for the United States.

No. 339. MORONEY *v.* McKIBBEN ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Carl L. Shipley* and *Samuel Resnicoff* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.